01
02
03
04
05                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07 LEROY WILLIAMS BEY,                )
                                      )   CASE NO. C10-1951-JLR-MAT
08        Plaintiff,                  )
                                      )
09        v.                          )
                                      )   REPORT AND RECOMMENDATION
10 CHILD PROTECTIVE SERVICES, et al., )
                                      )
11        Defendants.                 )
   _____)
12

13                    INTRODUCTION AND SUMMARY CONCLUSION

14        Plaintiff Leroy Williams Bey, who is currently incarcerated at Washington State

15 Penitentiary in Walla Walla, Washington, filed an application to proceed *in forma pauperis*

16 ("IFP") with a civil rights action brought under 42 U.S.C. § 1983.   (Dkt. 1.)   For the reason

17 described below, the Court recommends denying plaintiff's application to proceed IFP based

18 on the three-strikes rule of 28 U.S.C. § 1915(g), and directing him to pay the $350 filing fee in

19 order to proceed with his complaint.

20        A prisoner may not proceed IFP in a civil action if he or she has, on three or more prior

21 occasions, brought civil actions that were dismissed on the grounds that they were frivolous,

22 malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is

REPORT AND RECOMMENDATION
PAGE -1

under imminent danger of serious physical injury.  *See* 28 U.S.C. § 1915(g).  Over the past year and a half, the Court has dismissed for, *inter alia*, failure to state a claim upon which relief may be granted more than twenty *pro se* § 1983 complaints that plaintiff brought with IFP requests.  *See*, *e.g.*, *Williams v. Ellis*, C10-0028-RSM (Dkt. 11); *Williams v. Sugar*, C10-0027-JLR (Dkt. 12); *Williams v. Young*, C10-0026-JLR (Dkt. 10); *Williams v. Sakota*, C10-0023-JCC (Dkt. 12); *Williams v. Transfer Officers*, C10-0022-RAJ (Dkt. 6); *Williams v. Wallace*, C10-0021-RSL (Dkt. 6); *Williams v. Hoppers*, C10-0020-RSM (Dkt. 11).[1]  *See generally O'Neal v. Price*, 531 F.3d 1146, 1152 (9th Cir. 2008) (holding that an IFP action is "brought" for purposes of imposing § 1915(g) strikes "when he submits a complaint and request to proceed in forma pauperis to the court").  Nothing in the current IFP application or proposed complaint suggests plaintiff is under imminent danger of serious physical injury.  (Dkt. 1.)

Accordingly, the Court recommends DENYING plaintiff's application to proceed IFP (Dkt. 1), and directing him to pay the $350 filing fee within **thirty (30) days** of the date of the Order adopting this Report and Recommendation.  The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James L. Robart.

DATED this <u>6th</u> day of December, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

---

[1] Although plaintiff uses the names "Leroy Bey" and "Leroy Williams Bey" in his IFP application and proposed amended complaint, a review of the Court's CM/ECF system confirms through his prisoner number (334039) that plaintiff is the same Leroy Williams in the cases described above.

REPORT AND RECOMMENDATION
PAGE -2