UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS BEY, | ) |
| | ) CASE NO. C10-1951-JLR-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING PETITIONER'S |
| | ) HABEAS PETITION WITH |
| CHILD PROTECTIVE SERVICES, et al., | ) PREJUDICE |
| | ) |
| Respondents. | ) |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is DENIED; and

(3) This action shall proceed only if plaintiff pays the $350 filing fee within thirty (30) days of this Order.

DATED this 3RD day of January, 2011.

JAMES L. ROBART
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1